**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1908

FENYANG AJAMU STEWART,

Plaintiff - Appellant,

v.

GINA M. RAIMONDO, Hon., in her official capacity as Secretary, U.S. Department of Commerce; KATHI VIDAL, in her official capacity as Director, United States Patent & Trademark Office,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-01369-LMB-JFA)

Submitted: January 30, 2024                              Decided: February 2, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fenyang Ajamu Stewart, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fenyang Ajamu Stewart appeals the district court's order denying his Fed. R. Civ. P. 60(b)(2) motion for relief from judgment based on newly discovered evidence.  Upon review, we discern no error in the district court's ruling.  Accordingly, we affirm the district court's order.  *Stewart v. Raimondo*, No. 1:18-cv-01369-LMB-JFA (E.D. Va. June 26, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*